

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00516-CV

**IN THE INTEREST OF J.O.** and A.O., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02019
Honorable Charles E. Montemayor, Judge Presiding[1]

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  October 15, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

This is an appeal from a trial court's order terminating appellant father's parental rights. Appellant filed a motion to dismiss this appeal because the trial court granted appellant's motion for new trial. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order that no costs be assessed against appellant because he is indigent.

PER CURIAM

---

[1] The Honorable John D. Gabriel is the presiding judge of the 131st Civil District Court. However, the order of termination was signed by Associate Judge Charles Montemayor.